Keisha L. BROWN, Plaintiff–Appellant,

v.

PRINCE GEORGE'S HOSPITAL; Dimensions Healthcare System; Pamela Durning; Beverly Calloway; Uchenna Nwaneri; Arthur Howard; Darryl Atwell, Defendants–Appellees.

No. 11–1741.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

Keisha L. Brown, Appellant Pro Se. Robert Bruce Wallace, Wilson, Elser, Moskowitz, Edleman, & Dicker, LLP, Washington, D.C.; Stephanie D. Kinder, Law Offices of Stephanie D. Kinder, Baltimore, Maryland; Anu Kmt, Kemet and Hunt PLLC, College Park, Maryland, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keisha L. Brown appeals the district court's orders dismissing as untimely her defamation claims accruing prior to February 8, 2008, and granting summary judgment on her remaining claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Prince George's Hospital,* No. 8:09–cv–00295–RWT (D. Md., Nov. 4, 2009) & 2011 WL 2413344 (June 9, 2011). We further deny Brown's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*